UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MONUMENTAL TASK COMMITTEE, INC ET AL. | CIVIL ACTION |
| VERSUS | NO: 15-6905 |
| ANTHONY R. FOXX ET AL. | SECTION: "J"(3) |

**ORDER**

**IT IS ORDERED** that a telephone conference in this matter is hereby scheduled for **Friday, January 29, 2016 at 10:00 a.m.**, to discuss the status of the case. Plaintiffs' counsel are responsible for arranging the call and will phone chambers at (504) 589-7525 at the scheduled time once all attorneys are on the line

New Orleans, Louisiana, this 28th day of January, 2016.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE