UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MONUMENTAL TASK COMMITTEE, INC., ET AL.** | * | CASE #15-6905 c/w #16-12495 (applies to #15-6905) |
| | * | |
| vs. | | SECT. J(3) |
| | * | |
| **ANTHONY R. FOXX, ET AL.** | | JUDGE BARBIER |
| | * | |
| | | MAG. KNOWLES |
| | * | |

**<u>FEDERAL DEFENDANTS-IN-COUNTERCLAIM'S MOTION TO DISMISS PARTIES</u>**

**NOW INTO COURT,** through the undersigned Assistant United States Attorneys, come the federal defendants-in-counterclaim—the official-capacity heads of the United States Department of Housing and Urban Development (HUD) and Advisory Council on Historic Preservation (ACHP)—and respectfully move the Court under Fed. R. Civ. P. 19(a) and 21 for an order dismissing them from further litigation concerning the removal of the Battle of Liberty Place Monument (Liberty Monument).

The City of New Orleans filed a counterclaim against plaintiffs seeking a declaratory judgment from the Court that the intended removal of the Liberty Monument does not violate the terms of a Memorandum of Agreement and Consent Order entered in *Shubert v. Kemp, et al.*, #91-4446 (E.D. La.), Sect. D. HUD and the ACHP were defendants in *Shubert* and joined by the City in its counterclaim as alleged required parties under Fed. R. Civ. P. 13(h) and 19(a). HUD and the ACHP, however, presently disclaim any interest in the subject matter of the City's counterclaim and are, thus, not required parties under Rule 19(a).

**WHEREFORE**, for these reasons, as more fully explained in the attached memorandum of law, the Court should grant this motion and dismiss HUD and the ACHP from any further litigation pertaining to the Liberty Monument.

> Respectfully submitted,
>
> KENNETH ALLEN POLITE, JR.
> UNITED STATES ATTORNEY
>
> *s/Peter M. Mansfield*
> PETER M. MANSFIELD (#28671)
> JASON M. BIGELOW (#29761)
> K. PAIGE O'HALE (#35943)
> Assistant United States Attorneys
> 650 Poydras Street, Suite 1600
> New Orleans, Louisiana  70130
> Telephone: (504) 680-3047
> Facsimile: (504) 680-3184
> Peter.Mansfield@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by ECF, facsimile, or mailing the same by first-class United States mail, postage prepaid on this 26th day of August, 2016.

> *s/Peter M. Mansfield*